```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                          Case No. 12-53930-SLJ
Leobardo Pasarin                                                Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: jdustin              Page 1 of 1            Date Rcvd: Feb 21, 2014
                              Form ID: pdfeo             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2014.
db             #+Leobardo Pasarin,   10288 Lochner Dr.,   San Jose, CA 95127-4128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2014                           Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2014 at the address(es) listed below:
              Devin Derham-Burk    ctdocs@ch13sj.com
              Frank J. Alvarado    on behalf of Debtor Leobardo Pasarin bknotice@nickpachecolaw.com,
               frank@nickpachecolaw.com
              Nanette Dumas    on behalf of Trustee Devin Derham-Burk ctdocs@ch13sj.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                              TOTAL: 4



DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed February 21, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                                )    Chapter 13
                                                         )
LEOBARDO PASARIN                     )    Case No. 12-53930 SLJ
                                                         )
                                                         )
_____Debtor_____)

### FINAL DECREE

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

\* \* \*  END OF ORDER  \* \* \*